IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
SEP 3 0 2003
CLERK, U.S. DISTRICT COURT
By _____
Deputy

BRUCE CARNEIL WEBSTER,        §
    Petitioner,            §
VS.                          § CIVIL ACTION NO. 4:00-CV-1646-Y
                             § (Criminal No. 4:94-CR-121-Y)
UNITED STATES OF AMERICA,     §
    Respondent.            §

## JUDGMENT

This action came on for consideration by the Court, and the issues having been duly considered and a decision duly rendered,

It is therefore **ORDERED, ADJUDGED and DECREED** that all relief requested be, and the same is, hereby **DENIED**.

It is further **ORDERED** that the Clerk shall transmit a true copy of this Judgment to the parties.

Signed this ___**30th**___ day of September, 2003.

_____
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE